388 P.3d 900

STATE of Hawai'i, Plaintiff–Appellee,

v.

Kaleo K. KUBO, Defendant–Appellant

NO. CAAP–15–0000679

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 12, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU DIVISION, (CASE NO. 2DCW–13–0003067)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.